ALBERT S. GOLDBERG and Another, as Receivers of the EQUITABLE MERCHANTS' ASSOCIATION, INC., Respondents, v. MAX LUSTBERG, Appellant.— Order granting plaintiffs' motion to strike out the first, second, third and fourth defenses modified so as to strike out the second and third defenses only, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Tompkins, JJ., concur; Carswell, J., not voting.

HELEN MARIE GORDON, an Infant, by HOWARD H. SCHRECKE, Her Guardian ad Litem, and Another, Respondents, v. LILLIAN ALEXANDER, Appellant.— Judgment reversed on the law and the facts, with costs, and judgment directed for defendant, dismissing the complaint, with costs. In our opinion, the proof in this case shows that Warren was plaintiffs' agent in this transaction and, by reason of his embezzlement of the fund in question, the mortgage was entirely without consideration. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings will be made in conformity therewith. Lazansky, P. J., Young, Scudder and Davis, JJ., concur; Hagarty, J., dissents and votes to affirm. Settle order on notice.

CAROLINE IORIO, Respondent, v. VINCENT IORIO, Appellant.— Order in so far as it denies motion to reduce alimony *pendente lite* and to remit payment of balance of counsel fee remaining unpaid modified by reducing the temporary alimony to the sum of twenty-five dollars a week in so far as there remain weekly installments unpaid, and by requiring the defendant to pay the balance of the counsel fee in monthly installments of five dollars. As so modified the order is affirmed, without costs. No opinion. The time and the amounts of payment to be as provided in the order to be entered herein. Order in so far as it adjudges defendant in contempt reversed on the law and the facts, without costs, and motion denied, without costs, with leave to plaintiff to renew upon defendant's failure to make payments as directed by the decision on the appeal from the order respecting alimony and counsel fee, decided herewith. Lazansky, P. J., Kapper, Hagarty and Tompkins, JJ., concur; Carswell, J., not voting. Settle order on notice.